United States District Court
Southern District of Texas
**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONATHAN LOLLAR, individually and on behalf of all others similarly situated, § § § *Plaintiff*, § § v. § § POLARIS INDUSTRIES INC., a Delaware § corporation; POLARIS SALES INC., a § Minnesota corporation; and POLARIS § INDUSTRIES INC., a Minnesota corporation, § § *Defendants*. § | Case No. 4:22-cv-00820 |

## ORDER GRANTING
### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff Jonathan Lollar ("Plaintiff") and defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Industries Inc. (collectively, "Polaris"), hereby stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

WHEREAS, plaintiff brought a putative class action "on behalf of all persons who purchased in Texas, in the four years preceding []his Complaint, Polaris Utility Terrain Vehicles ("UTVs") (they are also called side-by-sides) that Polaris claimed/advertised/marked/certified that the vehicles' rollover protection system ("ROPS") complied with the department of Occupational Safety and Health Administration ("OSHA") requirements/standards of 29 C.F.R. § 1928.53 (which is for agricultural tractors)" (Compl. ¶ 1, Dkt. 1); and

WHEREAS, in response to Polaris's discovery requests, including for plaintiff to sit for deposition, plaintiff has requested to voluntarily dismiss his claims with prejudice in exchange for a waiver of costs relating to those claims from Polaris;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that plaintiff's claims against Polaris are hereby voluntarily dismissed with prejudice, with each side to bear its own costs.

Dated:  November 22, 2022	Respectfully submitted,

/s/Jarrett L. Ellzey
Jarrett L. Ellzey
Texas Bar No. 24040864
Leigh Montgomery
Texas Bar No. 24052214
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, Texas 77066
Telephone: (713) 554-2377
Facsimile: (888) 995-3335
*jarrett@ellzeylaw.com*
*leigh@ellzeylaw.com*

John P. Kristensen
California Bar No. 224132
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Facsimile: (310) 858-1063
*kristensen@cz.law*
(*Pro Hac Vice* forthcoming)

Todd M. Friedman (*Pro Hac Vice*)
Adrian R. Bacon (*Pro Hac Vice*)
Thomas E. Wheeler (*Pro Hac Vice*)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Boulevard, Suite 340
Woodland Hills, California 91364
Telephone: (877) 619-8966
Facsimile: (866) 633-0028
*tfriedman@toddflaw.com*
*abacon@toddflaw.com*
*twheeler@toddflaw.com*

*and*

Christopher W. Wood
California Bar No. 193955
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, California 95826
Telephone: (916) 379-3500
Facsimile:  (916) 379-3599
*cwood@dbbwc.com*
(*Pro Hac Vice* forthcoming)

***Attorneys for Plaintiff and all other similarly situated***

Dated:  November 22, 2022

Respectfully submitted,

*/s/ R. Allen Pixton\**

John Noh
Texas Bar No. 24105882
**KIRKLAND & ELLIS LLP**
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
*john.noh@kirkland.com*

Andrew B. Bloomer
Illinois Bar No. 6209756
SDTX Admission No. 381778
R. Allan Pixton (*Pro Hac Vice*)
Paul D. Collier (*Pro Hac Vice*)
Kelsey Bleiweiss (*Pro Hac Vice*)
Evan Ribot (*Pro Hac Vice*)
Zoe Brumfield-Meyers (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*allan.pixton@kirkland.com*
*abloomer@kirkland.com*
*pcollier@kirkland.com*
*kelsey.bleiweiss@kirkland.com*
*evan.ribot@kirkland.com*
*zoe.cross@kirkland.com*

*Attorneys for Defendants*

*\*with permission*

IT IS SO ORDERD on this 22nd day of November, 2022.

_____
**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**